Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Bree R. Black Horse
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 11 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **1:25-CR-2016-RLP** |
| Plaintiff, | INDICTMENT |
| v. | Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Distribution of 50 Grams and More of Actual (Pure) Methamphetamine (Count 1) |
| JOSE FRANCISCO AGUIRRE, | |
| Defendant. | 21 U.S.C. § 841(a)(1), (b)(1)(C) Distribution of Fentanyl (Count 2) |
| | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) Distribution of 40 Grams or More of Fentanyl (Count 3) |
| | 21 U.S.C. § 853 Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about March 1, 2024, in the Eastern District of Washington, the Defendant, JOSE FRANCISCO AGUIRRE, knowingly distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 2

On or about March 1, 2024, in the Eastern District of Washington, the Defendant, JOSE FRANCISCO AGUIRRE, knowingly distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about February 21, 2024, in the Eastern District of Washington, the Defendant, JOSE FRANCISCO AGUIRRE, knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

INDICTMENT – 2

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendant JOSE FRANCISCO AGUIRRE, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or

(d) has been comingled with other property which cannot be divided without difficulty,

//

//

//

INDICTMENT – 3

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p).

DATED this ⎽⎽⎽⎽ day of February 2025.

A TRUE BILL

Foreperson

Richard R. Barker
Acting United States Attorney

Bree R. Black Horse
Assistant United States Attorney

INDICTMENT – 4