To who it may concern

My name is Jose Cruz Aguirre, I am Jose Francisco Aguirre's oldest son and child, and I am here to speak about the great man my father is. I remember him protecting me since I was a little boy and taking care of us by going to work in any kind of work he can find. I got to experience going to school and learned to speak English as a second language very young. I got many opportunities that others didn't get and I realize how lucky I am to be here today thanks to my parents sacrifices. My father showed me what it meant to be a hard worker and provider for the family as a young man to prepare me for the world and future, something his own father never did with him. The memories of me going to work with him in agriculture in the summertime to help make money for school clothes are the best memories I've ever had with all my family being so supportive of each other no matter how little money we had, because my mom would cook and pack us a delicious lunch while my father got the car ready. Even till this day I love to wake up early and remember how happy my father was to work long hours even if it was in the cold or hot sun. My 2 daughters had the privilege of meeting my father and bonding with him before they moved out of state with their mother, and to me, it was the most special to see him love his baby girls like they were his own. I wish we were able to make more memories, and I hope the judge grants my father the least sentence possible because he should be getting ready to retire and be a happy grandfather with his grandkids, which is already at 11 kids and counting. I pray his health doesn't continue to worsen so he may have more time to live the rest of his life in peace.

Sincerely,

Jose Cruz Aguirre

To the Federal Court system, and my father:

I sit here in my car writing this letter with my kids and dog, while their child like chatters & chaos literally rock my car back and forth. I love my crazy little life, but I love a little more the fact that this is all possible thanks to the sacrifices my mother & father made to escape their poverty + crime stricken homeland. To say they have suffered immensely at this countries expense, they have achieved their goal of giving their children a better life. My father had the most horrible, harsh upbringing any child can have. It is no surprise that his father (my grandpa) had a sick pleasure with abusing his wife and kids. My father had no choice but to leave his home in order to break that generational curse his own father inflicted. Of course, that also meant leaving his mom behind to continue taking the abuse. Our family story is not a happy one, because my father is not around anymore. The memories we had as kids were beautiful, and I'll never forget how my dad gave me comfort when I was hurt or upset. In our culture, it was rare to see a father be loving with his kids. But, he showed it all the time: come home with food+ candy, letting me keep pets (puppies), and he never once told me I was a bad child no matter how much I messed up.

I remember when we'd get calls from my grandparents in Mexico, and I never once got to speak to my paternal grandfather. Maybe it was the shame he felt, or he just doesn't love his grandkids in the US like the ones in Mexico. I wish my father had a chance to get therapy for his horrific past, he deserves to be at peace. He did the best thing a father could do: raise us with love. It hurts me to my core discovering how much he suffered in his life, because he never showed it. I miss the good memories: giving my dad all my leftovers (He'd eat ANYTHING), him laying on the sofa watching his funny movies, traveling to my uncles house to shop for school clothes in Oregon. I'll never forget the time he willingly ate a Beggin' strip (dog treat!) and me and my sisters were dying of laughter. I hope my father stays in his desired location of living, prefferably the U.S, but I know thats not my decision. He deserves to heal. I'll always love you dad, and don't worry, I'll take care of mom and continue to be strong.

*[signature]*