# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE FRANCISCO AGUIRRE,<br><br>　　　　　　　Defendant. | Case No. 1:25-CR-2016-RLP-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:  7/17/2025<br><br>LOCATION:  Yakima<br><br>SENTENCING |

**JUDGE REBECCA L. PENNELL**

| Ruby Mendoza | Natalia Rivera | Marilynn McMartin |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** / Interpreter | **Court Reporter** |
| Bree Black Horse | | Jennifer Barnes |
| **Government Counsel** | | **Defense Counsel** |

[ X ] **Open Court**　　　　　　　　　　　　　　[ X ] **Probation:** Daniel Manning

Defendant is in custody of the US Marshal and present in the courtroom with counsel. The Defendant is assisted by a Federally Certified Spanish Interpreter.

The Court advised the parties of the documents the Court has reviewed in preparation for sentencing.

Counsel confirmed that there are no objections to the Presentence Report and the Court adopted it as written.

Bree Black Horse presented sentencing recommendations on behalf of the Government.

Jennifer Barnes provided sentencing recommendations on behalf of the Defendant.

The Defendant addressed the Court on his own behalf.

The Court addressed the Defendant and pronounced sentence.
**Imprisonment:** 46 months
**Supervised Release:** 5 years with mandatory, standard and special conditions of release.
**Fine:** Waived
**Special Penalty Assessment:** $100.00

Appeal rights given to the extent they were not waived in the Plea Agreement.

Counts 2 and 3 of the Indictment are DISMISSED on motion by the Government.

As requested by the defense, the Court will recommend the Defendant be housed at Terminal Island in California to receive needed medical attention.

The Defendant is remanded to the custody of the US Marshal.

| CONVENED:  11:04 AM | RECESS:  11:07 AM | TIME: 23 MINS |
| --- | --- | --- |
| RECONVENED:  11:11 AM | ADJOURNED:  11:31 AM | [ X ] JUDGMENT FORTHCOMING |